AO 440 (Rev. 8/01) Summons in a Civil Action

Copy

# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED
JUN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

David Copeland-Jackson

v.

Joseph P. Cutlip

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01124
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/22/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

Joseph Cutlip
273 Lee Avenue
Ashland, Ohio 44805

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Copeland-Jackson
2542 Naylor Road SE #301
Wash, DC 20020

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JUN 22 2007

CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me

**DATE:** June 23, 2007

**NAME OF SERVER (PRINT):** Peter Brandel

**TITLE:**

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 273 Lee Avenue, Ashland, Ohio 44805

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | 500.00 | $500.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-26-07
Date

Signature of Server

523 Cline Avenue
Mansfield OH 44907
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.