In the United States District Court For the District of Columbia

David Copeland-Jackson,
    Plaintiff,

v.

Joseph Cutlip,
    Defendant.

Case Number: 1:07-CV-01124 (ESH)

Notice of Filing of Affidavit of David Copeland-Jackson

Plaintiff now gives notice that he has filed the attached affidavit in support of his complaint.

Respectfully Submitted

*David Copeland-Jackson*
David Copeland-Jackson
Plaintiff.

**RECEIVED**
JUL - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 JUL -3 PM 12: 51
NANCY MAYER-WHITTINGTON
CLERK

In the United States District Court for the District of Columbia

David Copeland-Jackson,
       Plaintiff,

v.                                    Case Number: 1:07-cv-01124

Joseph Cutlip,                            Judge Ellen S. Huvelle
       Defendant.

## Affidavit of David Copeland-Jackson

I, David Copeland-Jackson, first, being sworn according to law and under the penalty of perjury, do hereby state that the following information is true and accurate.

1. My name is David Copeland-Jackson and I am the plaintiff in this action.

2. This action is based on statements that Joseph Cutlip gave to Robert Renfroe, Paul Tracy, Peter Brandel, and others that Plaintiff engaged in sexual activities with Joseph Cutlip and Joshua Helms.

3. Mr. Cutlip knew his statements about Plaintiff were false.

4. Mr. Cutlip avoided all of Plaintiff's attempts to meet Mr. Cutlip in order to ascertain and confirm, or to otherwise clarify, Mr. Cutlip's statements about Plaintiff. Mr. Cutlip refused, or otherwise failed, to tell Plaintiff that Mr. Cutlip was making or had made the statements about Plaintiff. Moreover, Mr. Cutlip did not take action to stop or correct the statements that were being widely reported as having been made by Mr. Cutlip against Plaintiff.

5. Plaintiff did not have sexual contact of any kind with Joseph Cutlip and Joshua Helms at any time- in any place.

6. Mr. Cutlip's total statements about Plaintiff were absolutely false and put Plaintiff in false light. Mr. Cutlip's statements were ultimately reported in news media and Plaintiff lost his job as a university administrator. Plaintiff could not find any work as a consequence of Mr. Cutlip's actions and ultimately had to re-locate.

7. In addition to all of Mr. Cutlip's previous statements, Joseph Cutlip stated to Peter Brandel on May 8, 2007 that Plaintiff "performed oral sex on Joseph Cutlip and Joshua Helms." Joseph Cutlip also stated that Plaintiff engaged in other sexual activities that were "deviant", "perverted", and homosexual in nature.

8. Mr. Cutlip has now admitted on at least two occasions that he made the statements about Plaintiff, and that his statements that Plaintiff engaged in sexual activities with Cutlip and Joshua Helms were false, and that Cutlip knowingly lied when he made the statements.

_____
David Copeland-Jackson

Sworn to and Subscribed in my presence on this 3rd day of July 2007.

_____
Notary Public

## Certificate of Service

I certify that a true copy of this affidavit was sent by ordinary mail with postage prepaid to Joseph Cutlip at 273 Lee Avenue, Ashland, Ohio 44805 on this 3rd day of July, 2007.

_____
David Copeland-Jackson