United States District Court
District of Columbia

David Copeland-Jackson,

    Plaintiff,

v.                                              Case Number: 1:07-cv-01124

Joseph Cutlip,                               Judge Ellen S. Huvelle

    Defendant.

## Amended Complaint

Plaintiff now amends his complaint filed on June 22, 2007 pursuant to rule 15 of the rules of civil procedure.

Plaintiff incorporates the averments in his original complaint as if written verbatim herein, except as amended below.

2. Plaintiff seeks remedy for defamation against Defendant, whose actions included false comments to third parties that Plaintiff engaged in certain homosexual activities with Defendant. Defendant stated to Robert Renfroe, Paul Tracy, Peter Brandel, and others that "Plaintiff performed oral sex on defendant and Joshua Helms", in addition to other "deviant" sexual activities. Plaintiff is Black, and both, the defendant and Joshua Helms are white. Defendant's defamatory statements are not protected by privilege or any other legal provision.

3. Defendant repeated his defamatory acts on several occasions with the intent of putting Plaintiff in false light. Statements to Robert Renfroe and Paul Tracy are actionable even though Renfroe and Tracy are presently unavailable in order to confirm the time frame that Defendant told them Plaintiff engaged in homosexual activities with the defendant and Joshua Helms. Notwithstanding, Defendant's statements to Peter Brandel on May 8, 2007, that "Plaintiff performed oral sex on the defendant and Joshua Helms among other sexual activities" were defamatory.

4. Defendant made his statements with full knowledge that the information was false. Defendant avoided all of Plaintiff's attempts to meet the defendant in order to ascertain and confirm, or to otherwise clarify, the defendant's statements about Plaintiff. Defendant refused, or otherwise failed, to tell Plaintiff that Defendant was making or had made the statements about Plaintiff. Moreover, Defendant did not take action to stop or correct the statements that were being widely reported by Robert Renfroe, Paul Tracy, and others as having been made by the defendant against Plaintiff.

RECEIVED
JUL - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

(a) Joseph Cutlip endorsed two separate affidavits on May 8, 2007 admitting that Cutlip lied when he stated that Plaintiff engaged in homosexual activities with Joshua Helms and the defendant.

(b) Mr. Brandel filed an affidavit in this court, which contains a redacted copy of one of the defendant's affidavits marked as exhibit A. Both, Mr. Brandel's affidavit and the defendant's redacted affidavit establish that the defendant admitted to lying when defendant stated that Plaintiff engaged in homosexual activities with the defendant and Joshua Helms.

(c) Plaintiff attaches the defendant's second affidavit as <u>Exhibit 1</u> wherein defendant clearly states in paragraphs 5 and 6 that Plaintiff did not have sex with the defendant and that the defendant lied when the defendant stated that plaintiff engaged in sexual activities with the defendant and Joshua Helms.

Wherefore, Plaintiff now demands a judgment against the defendant for defamation for three million dollars, plus costs and fees.

Respectfully Submitted

_David Copeland-Jackson_
Plaintiff

## Certification

Pursuant to section 1746 of title 28 of the United States Code, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

_David Copeland-Jackson_

## Proof of Service

I, David Copeland-Jackson, do hereby certify that a true copy of this amended complaint was sent by ordinary mail with postage pre-paid to Joseph Cutlip at 273 Lee Avenue, Ashland, Ohio 44805 on this 25 day of June 2007.

_David Copeland-Jackson_

2

State of Ohio

        ss.

County of Ashland

            *Exhibit 1*

### *Affidavit of Joseph Cutlip*

I, Joseph P. Cutlip, first, being duly sworn according to law and under the penalty of perjury, do hereby depose and state the following true information, events, and circumstances.

1. My name is Joseph Cutlip and I reside at 273 Lee Avenue, Ashland, Ohio 44805.

2. I did speak with Mr. Peter Brandel on May 8, 2007. Mr. Brandel did not coerce or otherwise force, threaten, pressure, manipulate, or intimidate me into giving this statement. Moreover, Mr. Brandel did not give or promise me anything for this statement.

3. I knowingly, voluntarily, and intelligently admitted the facts contained in this statement. I have fully considered the meaning of my statements and actions.

4. I state that I have never had a mental condition of any kind as a minor or as an adult. Moreover, I have never suffered from any kind mental/psychological or physical condition that has substantially impaired my abilities to resist or consent to sexual activity. I have never suffered from a physical or mental disability of any kind, and presently do not have a physical or mental disability.

5. I did not have any kind of sexual contact with David Copeland-Jackson at any time- in any place, and I did not witness David Copeland-Jackson having any kind of sexual contact with Joshua Helms at any time- in any place.

6. I willfully lied, did not tell, or otherwise purposely misrepresented the truth when I told Peter Brandel, Robert Renfroe, Paul Tracy, and other people that David Copeland-Jackson had performed oral sex on, and engaged in other sexual activities with, Joshua Helms and me.

Further, Affiant sayeth nought.

*Joseph P. Cutlip*
Joseph P. Cutlip

_5-8-07_          _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_
Date              Social Security

Sworn to and Subscribed in My Presence on this _8th_ day of _May 2007_,
2007.

_Charlotte M. McNaull_
Notary Public

Charlotte S. McNaull
Notary Public, State of Ohio
My Commission Expires _4/3/2012_