United States District Court
District of Columbia

David Copeland-Jackson,

    Plaintiff,

v.                                          Case Number: 1:07-cv-01124

Joseph Cutlip,                            Judge Ellen S. Huvelle

    Defendant.

### *Notice of Intent to Request Entry of Default and Default Judgment*

    Plaintiff now gives notice to defendant that Plaintiff will request that the Clerk of the United States District Court for the District of Columbia enter a default and a default judgment against defendant if defendant does not file an answer by Friday, July 13, 2007 to the plaintiff's complaint that was filed on June 22, 2007 and served on the defendant on June 23, 2007.

    The defendant must file an answer or some other pleading/motion with the court and serve the same on Plaintiff within 20 days of receiving Plaintiff's complaint, excluding the day of service. Plaintiff is permitted to request that the Clerk enter the defendant's default and enter a default judgment against the defendant pursuant to rule 55 of the Federal Rules of Civil Procedure on or after July 13, 2007.

    Plaintiff contends that the defendant's default will constitute an admission to the plaintiff's allegations of fact in the complaint, is concluded on those facts by the judgment, and is barred from contesting on appeal the facts which are assumed to be true (see *Ohio Central Railroad Company v. Central Trust Company of New York* 133 U.S. 83; *Thomson v. Wooster* 114 U.S. 104).

    Plaintiff contends that if the defendant defaults, then plaintiff is entitled to judgment because the defendant will have admitted that defendant defamed the plaintiff when defendant stated to Robert Renfroe, Paul Tracy, Peter Brandel, and others that plaintiff had engaged in sexual activities with the defendant and Joshua Helms.

**RECEIVED**

JUL - 5 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

1

Respectfully Submitted

David Copeland-Jackson
Plaintiff

## Proof of Service

I, David Copeland-Jackson, do hereby certify that a true copy of this notice of intent was sent by ordinary mail with postage pre-paid to Joseph Cutlip at 273 Lee Avenue, Ashland, Ohio 44805 on this 5 day of July 2007.

David Copeland-Jackson