UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAVID COPELAND-JACKSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-01124 (ESH) |
| JOSEPH P. CUTLIP, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Plaintiff, acting *pro se*, has sued defendant for defamation. Plaintiff's complaint states that defendant resides in Ashland, Ohio, and that he "repeated his defamatory acts on several occasions." (Compl. ¶ 1.) It appears from plaintiff's amended complaint and the two exhibits referenced therein that the "defamatory acts" in question took place in Ohio sometime in 2000. Based on plaintiff's pleadings and exhibits, it is hereby

**ORDERED** that plaintiff is required to show cause on or before July 30, 2007, why venue is proper in this district, *see* 28 U.S.C. § 1391(a) (2006); why this Court may exercise personal jurisdiction over defendant, *see* D.C. Code § 13-423(a) (2001); and why this suit is not barred by the applicable statute of limitations, *see* Ohio Rev. Code Ann. § 2305.11(A) (West 2007).

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 9, 2007