In the United States District Court for the District of Columbia

David Copeland-Jackson,

    Plaintiff,

v.

Joseph Cutlip,

    Defendant.

Case Number: 1:07-cv-01124

Judge Ellen S. Huvelle

### *Request for Clerk's Entry of Default*

    Plaintiff now requests that the Clerk of the United States District Court for the District of Columbia to enter the defendant's default in this action pursuant to Fed. R. Civ. P. 55(a) for failure to plead or otherwise defend in this case.

    Plaintiff has attached an Affidavit of the Amount Due and Support of Entry of Default and Default Judgment.

    Plaintiff filed his complaint on June 22, 2007. Fed. R. Civ. P. 12 (a)(1)(A) requires the defendant to respond to Plaintiff's complaint within 20 days. The defendant was properly served on June 23, 2007 and was required to respond by July 13, 2007. Presently, Defendant has not filed an answer or any other pleading or motion, nor has the defendant requested and received an extension of time to file.

    Defendant has defaulted on the claims in Plaintiff's complaint.

    Therefore, Plaintiff now requests that the Clerk of this court enter the defendant's default for failure to appear on the record of this case without delay.

    Plaintiff has attached an entry of default for the clerk's convenience.

Respectfully Submitted

*[signature]*
David Copeland-Jackson
Plaintiff

### *Certificate of Service*

I, David Copeland-Jackson, do hereby certify that a true copy of this request was sent by ordinary mail with postage pre-paid to Joseph Cutlip at 273 Lee Avenue, Ashland, Ohio 44805 on this 13 day of July 2007.

*[signature]*
David Copeland-Jackson

RECEIVED
JUL 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
District of Columbia

David Copeland-Jackson,

    Plaintiff,

v.                        Case Number: 1:07-cv-01124 ESH

Joseph Cutlip,

    Defendant.

### ***Affidavit of the Amount Due and Support of Entry of Default and Default Judgment***

    I, David Copeland-Jackson, being first duly sworn under oath, state that:

1. I am the Plaintiff in this action, and my demand for judgment in the complaint is for a sum certain of three million dollars ~~together with costs of three hundred fifty dollars for filing and five hundred dollars for service fees~~.

2. The defendant committed defamation against the plaintiff when the defendant told Robert Renfroe, Paul Tracy, and, when the defendant told Barry Martin in March of 2007 and Peter Brandel on May 8, 2007, that the plaintiff performed oral sex on and engaged in other sexual activities with the defendant and Joshua Helms. Plaintiff suffered extensive damage to his career, reputation, and social status. Plaintiff has also suffered emotional and psychological damage. Defendant is therefore liable to plaintiff for the sum certain of three million dollars.

3. The United States District Court of the District of Columbia has jurisdiction over the parties pursuant to section 1332 of title 28 of the United States Code where the plaintiff lives in Washington, D.C. and the defendant lives in Ohio. Defendant also has family living Northwest D.C. at 4322 Fessenden Street.

4. The complaint was properly filed in this court and the summons was issued on June 22, 2007. The complaint has been properly served on the defendant. The defendant was properly served with the summons and complaint on June 23, 2007 at his residence.

5. The time allowed by law and specified in the summons (within 20 days) in this matter for Defendant to answer the complaint has elapsed as of July 13, 2007, and no extension has been given.

6. No answer to the complaint, or any other pleading/motion, has been received by or served upon me by the defendant, nor has the defendant otherwise defended this action.

1

7. The defendant is not in the armed services. The defendant is not a minor or an infant. The defendant is not an incompetent or incapacitated person.

_____
David Copeland-Jackson

Sworn to and Subscribed before me this 13 day of July, 2007.

_____
Notary Public

2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

David Copeland-Jackson,

    Plaintiff,

v.                                                             Case Number: 1:07-cv-01124

Joseph Cutlip,                                  Judge Ellen S. Huvelle

    Defendant.

**ENTRY OF DEFAULT**

    It appears from the record that defendant Joseph Cutlip has failed to plead or otherwise defend in this case as required by law.

    Therefore, default is entered against defendant Joseph Cutlip for failure to appear as authorized by Rule 55(a) of the Federal Rules of Civil Procedure.

_____                                 _____

Date                                                       Clerk, United States District Court