In the United States District Court for the District of Columbia

David Copeland-Jackson,
    Plaintiff,

v.                                        Case Number: 1:07-cv-01124 ESH

Joseph Cutlip,
    Defendant.

### *Request for Clerk's Entry of Judgment By Default*

    Plaintiff now requests that the Clerk of the United States District Court for the District of Columbia to enter a default judgment against the defendant for the sum certain amount of three million dollars as established in the attached Affidavit of the Amount Due.

    The Clerk of this Court may enter judgment by default against the defendant pursuant to Fed. R. Civ. P. 55(b)(1) when the plaintiff's claim against a defendant is for a sum certain and if it appears upon the affidavit of the amount due that Plaintiff is owed the sum certain and the defendant has been defaulted for failure to appear and is not an infant or incompetent person.

    Plaintiff filed with his Affidavit of the Amount Due and Support of Entry of Default and Default Judgment a request that the Clerk enter the defendant's default for failure to appear pursuant to Fed. R. Civ. P. 55(a). The amount requested in Plaintiff's complaint, as amended, is for the sum certain of three million dollars.

    Plaintiff now requests that the Clerk of this Court enter a judgment by default on the claims in plaintiff's complaint as amended against the defendant without delay.

    Plaintiff has attached a judgment by default entry for the clerk's convenience.

*[signature]*
David Copeland-Jackson
Plaintiff

**RECEIVED**

JUL 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Certificate of Service

I, David Copeland-Jackson, do hereby certify that a true copy of this request was sent by ordinary mail with postage pre-paid to Joseph Cutlip at 273 Lee Avenue, Ashland, Ohio 44805 on this 17 day of July 2007.

David Copeland-Jackson

United States District Court
District of Columbia

David Copeland-Jackson,
    Plaintiff,

v.                               Case Number: 1:07-cv-01124 ESH

Joseph Cutlip,
    Defendant.

### *Affidavit of the Amount Due*

I, David Copeland-Jackson, being first duly sworn under oath, state that:

1. I am the Plaintiff in this action, and my demand for judgment in the complaint as amended is for a sum certain of three million dollars. The amount due is three million dollars together with costs, and interest at the legal rate until paid.

2. The defendant committed defamation against the plaintiff when the defendant told Robert Renfroe, Paul Tracy, and, when the defendant told Barry Martin in March of 2007 and Peter Brandel on May 8, 2007, that the plaintiff performed oral sex on and engaged in other sexual activities with the defendant and Joshua Helms. Plaintiff suffered extensive damage to his career, reputation, and social status. Plaintiff has also suffered emotional and psychological damage. Defendant is therefore liable to plaintiff for the sum certain of three million dollars together with costs and interest at the legal rate.

3. The United States District Court of the District of Columbia has jurisdiction over the parties pursuant to section 1332 of title 28 of the United States Code where the plaintiff lives in Washington, D.C. and the defendant lives in Ohio. Defendant also has family living Northwest D.C. at 4322 Fessenden Street.

4. The complaint was properly filed in this court and the summons was issued on June 22, 2007. The complaint has been properly served on the defendant. The defendant was properly served with the summons and complaint on June 23, 2007 at his residence.

5. The time allowed by law and specified in the summons (within 20 days) in this matter for Defendant to answer the complaint has elapsed as of July 13, 2007, and no extension has been given.

1

6. No answer to the complaint, or any other pleading/motion, has been received by or served upon me by the defendant, nor has the defendant otherwise defended this action.

7. The defendant is not in the armed services. The defendant is not a minor or an infant. The defendant is not an incompetent or incapacitated person.

_____
David Copeland-Jackson

Sworn to and Subscribed before me this 17 day of July, 2007.


_____
Notary Public

APPOLLO CAMERON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 14, 2010

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Copeland-Jackson,

    Plaintiff,

v.                                     Case Number: 1:07-cv-01124 ESH

Joseph Cutlip,

    Defendant.

## JUDGMENT BY DEFAULT

    Plaintiff David Copeland-Jackson properly filed his complaint on June 22, 2007 and the summons was issued at that time, and the complaint and summons were served on the defendant on June 23, 2007. The summons instructed the defendant to serve an answer to the complaint with the summons, within twenty (20) days after service of the summons, exclusive of the day of service (see Fed. R. Civ. P. 12 (a)(1)(A)); and that failure to do so, shall cause judgment by default to be taken against the defendant for the relief demanded in the complaint. The defendant has failed to plead or otherwise defend this action, and default for failure to appear was entered against defendant Joseph Cutlip on July _____, 2007.

    Plaintiff has filed an affidavit of the amount due. It now appears from the record that this defendant is not in the military or armed forces, and not an infant, minor, incompetent or incapacitated person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), judgment is entered against this defendant in favor of the plaintiff for the sum of three million dollars together with costs, and interest at the legal rate until paid.

_____                          _____
Date                                                 Clerk, United States District Court