UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Copeland-Jackson,
    Plaintiff,

v.                              Case Number: 1:07-cv-01124 ESH

Joseph Cutlip,
    Defendant.

## Request for the Court to Take Judicial Notice

Plaintiff now submits the attached letter sent in the mail to the plaintiff by the defendant in this action. Plaintiff requests that the court take notice pursuant to the letter that the defendant is aware of this lawsuit although he has not filed an answer. Plaintiff requests that the court also take notice that in the letter the defendant does admit his actions and states that Joshua Helms was his accomplice and complicit in the overall defamatory conduct.

Respectfully Submitted

David Copeland-Jackson
Plaintiff

## Certificate of Service

I certify that a true copy of this request was sent by ordinary mail with postage prepaid to Joseph Cutlip at 273 Lee Avenue, Ashland, Ohio 44805 on this 21day of July, 2007.

David Copeland-Jackson
Plaintiff

