Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DAVID COPELAND-JACKSON

    Plaintiff(s)

    V.                                                Civil Action No. 07-1124 (ESH)

JOSEPH P. CUTLIP

    Defendant(s)

RE:   JOSEPH P. CUTLIP

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 23, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 26th day of July, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
     Deputy Clerk