UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Copeland-Jackson,
    Plaintiff,

v.                                  Case Number: 1:07-cv-01124 ESH

Joseph P. Cutlip,
    Defendant.

<u>Motion for Leave to Amend Complaint</u>

    The defendant previously advised the plaintiff that the defendant was not intending to contest this suit, or would otherwise admit his conduct. Plaintiff filed a copy of the defendant's letter on July 23, 2007 together with the judicial notice request. Relying on the defendant's comments in the letter, Plaintiff advised the defendant that Plaintiff would move to amend the complaint in order to include averments to include causes of action for false light, civil fraud, and civil conspiracy.

    The plaintiff has a legal basis to establish that the defendant put the plaintiff in false light (see *Welling v. Weinfeld* 866 N.E.2d 1051), committed civil fraud (see *Burr v. Bd. of Cty. Commrs. of Stark Cty.* 491 N.E.2d 110) and civil conspiracy (see *Kenty v. Transamerica Premium Ins. Co.* 650 N.E.2d 863).

    The clerk of the court has entered the default of the defendant, and in response, the defendant filed a response wherein the defendant states:

> I agree to the plaintiff's request to also file fraud, false light, and conspiracy. I waive all immunities and any other technical privileges that would keep this court from deciding everything so that me and the plaintiff can finally settle this issue once and for all. This should show the court and the plaintiff that I'm trying to do what's right. That's why I'm not fighting the lawsuit.

    The defendant has waived any immunity and procedural protections that he may be entitled to. Moreover, the defendant's actions satisfy several causes of actions. The court may find that causes of actions for fraud, conspiracy, and false light are implicitly made in the complaint, amended complaint, and all of the related filings based on the allegations explicitly made

RECEIVED
JUL 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Notwithstanding, Plaintiff seeks leave to amend to ensure that Plaintiff has litigated all actionable harms caused by the defendant in this single suit.

The defendant does not suffer any prejudice by this amendment since he has advised the court in his most recent filing that he does not oppose this amendment, that he will not contest this suit, and that he has waived immunities and procedural technicalities that would prevent the court from fully settling this case.

Therefore, by this reference, Plaintiff amends his complaint by the following statements.

2 (a). The defendant's false statements were offensive and were repeated and publicized due to the defendant's intentional repetition of the false statements. The false statements were made public and caused the public to negatively and shamefully view the plaintiff. As a result, otherwise friendly neighbors and friends began to avoid, openly criticize and ignore the plaintiff. Plaintiff was not served at certain restaurants. People would not associate with the plaintiff and would leave places if the plaintiff were present.

4 (d). Plaintiff contends that the defendant did conspire with Joshua Helms in order to harm the plaintiff. The defendant included Joshua Helms in the statement to give the false statement a sense of reliability and make it more believable. The defendant knew of the sensitivity of race in Ashland, Ohio and intentionally exploited the racial atmosphere with Joshua Helms in order to cause the overwhelmingly white public to sympathize with the defendant's false statements, which caused the plaintiff to be isolated and expelled from the community.

4 (e). Plaintiff contends that the defendant committed fraud when he intentionally made the false statement with the intent of misleading people into trusting the statement, and based on the statement, the community took passive and aggressive actions to punish the plaintiff or otherwise communicate their disapproval of the alleged conduct.

Wherefore, Plaintiff now demands a judgment against the defendant for defamation, false light, conspiracy, and fraud in the amount of three million dollars, plus costs and fees.

Respectfully Submitted

*David Copeland-Jackson*
David Copeland-Jackson
Plaintiff

Certificate of Service

I certify that a true copy of this request was sent by ordinary mail with postage prepaid to Joseph Cutlip at 273 Lee Avenue, Ashland, Ohio 44805 on this 26 day of July, 2007.

*David Copeland-Jackson*
David Copeland-Jackson
Plaintiff

3