RECEIVED
JUL 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Copeland-Jackson,

    Plaintiff,

v.                      Case Number: 07-1124(ESH)

Joseph P. Cutlip,

    Defendant.

### Defendant's Statement About Defaults

    I ask the court to waive the money that the plaintiff is requesting, if the court gives the plaintiff the default judgment. I cannot afford it and it is unfair. The rules will allow this court to set aside the default proceedings against me when a mistake has been made.

I have admitted that I made a mistake by lying when I told everybody that the plaintiff had sex with me and Josh Helms. So, this court should not punish me without punishing Josh to. This court should give me some credit for being honest. The plaintiff is black and nobody would believe him around here if I had not finally admitted to what we did. That's why he sued me in D.C. So without me, the plaintiff wouldn't have known what the lie was or been able to prove that I'm the one that started it. I told Robert Renfroe and Paul Tracy privately. How come all the blame is now on me when nobody knows if Bob and Uncle Paul didn't tell anybody?

I don't think the plaintiff can get me when there is no evidence that I made public statements against him. The statements that I did make were private and could also have been made public by the people I told. The plaintiff didn't put nothing to show that I even told Uncle Paul and Robert Renfroe. Noone knows exactly where Robert Renfroe is and I know Uncle Paul wouldn't say nothing. So, the plaintiff only knows because I admitted it. The plaintiff can't even prove that everything was not spread when other people went around saying that I told them the lie about him in the beginning so they can now escape being sued. Also, I did try to correct it all and nobody wanted to listen to me after a while. I was questioned a lot and different people

1

kept telling me what to say and what to do. I got really confused eventually.

I know the plaintiff lost his job and was kicked out of seminary and the community turned against him because of his picture and everything in the newspapers and on the radio because of the lie I told. I felt bad about it. Now, I'm trying to make it right. I agree to the plaintiff's request to also file fraud, false light, and conspiracy. I waive all immunities and any other technical privileges that would keep this court from deciding everything so that me and the plaintiff can finally settle this issue once and for all. This should show the court and the plaintiff that I'm trying to do what's right. That's why I'm not fighting the lawsuit. The only thing is I don't think its fair for the plaintiff to get me for the amount of money he wants and the plaintiff is not punishing Josh Helms when we both decided to lie on the plaintiff together so people would believe us both over some black man. And, one time Josh even called the plaintiff a niger, but the plaintiff is only suing me. That's not fair.

The court should see that I made a mistake and the rules will let this court put aside the defaults because of a mistake. The court should then decide this case and include Josh, also not let the plaintiff win so much.

*Joseph P. Cutlip*
Joseph P. Cutlip
Defendant

Service
I sent a copy of the motion to the plaintiff on July 27, 2007

*Joseph Cutlip*
Joseph Cutlip
Defendant

2