UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID COPELAND-JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-01124 (ESH) |
| ) | |
| JOSEPH P. CUTLIP, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is plaintiff's Motion to Amend Amended Complaint [Dkt. 15], which appears to be unopposed; defendant's Statement About Defaults [Dkt. 16], which will be construed as an answer; and plaintiff's Motion for Default Judgment [Dkt. 11]. Based on the pleadings before the Court, it will grant the Motion to Amend and it will hold a hearing pursuant to Federal Rule of Civil Procedure 55(b)(2) on August 16, 2007 at 2:00 p.m. in Courtroom 14 to determine if judgment shall be entered against the defendant, and if so how much shall be awarded to plaintiff. Plaintiff shall bring any and all documents relating to his claim for damages, and defendant may attend to dispute plaintiff's claims and the amount that plaintiff seeks in damages.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 31, 2007