UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Copeland-Jackson,
    Plaintiff,

v.                                            Case Number: 1:07-cv-01124 ESH

Joseph P. Cutlip,
    Defendant.

### Plaintiff's Acceptance of Defendant's Offer of Judgment and Motion for Entry of Findings of Facts

This Court entered an Order scheduling a hearing on August 16, 2007 to consider whether to enter a default judgment. The defendant has since moved for the entry of a consent judgment. Plaintiff now accepts the defendant's offer of judgment and moves this Court for the entry of an order clearly finding the facts settled by the consent judgment under Rule 68 of the Rules of Civil Procedure without further proceedings in this Court.

The United States Court of Appeals for the District of Columbia Circuit held in **_Freeman v. B & B Associates_** 790 F.2d 145 that under an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, a defendant allows judgment to be taken against him, and that the terms of the offer of judgment, if accepted by the plaintiff, are binding on the defendant because of the defendant's consent, and that the defendant submits to be bound by the offer of judgment as the defendant has formulated it.

Defendant's Consent to Judgment and Damages states:

> I don't fight the suit for defamation, false light, civil fraud, and civil conspiracy. I don't want this whole thing on my conscious anymore. So, that's why I fully waive any procedural issues and voluntarily waive any kind of immunity or defense that I have or would keep the court from settling this whole thing once and for all, and making Mr. Jackson whole. I submit to the jurisdiction of the court and waive any statues of limitations. I also fully waive any appeal rights. I consent to judgment on the plaintiff's claims and terms and I agree to pay the costs incurred and the damages demanded.

RECEIVED
AUG - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff now moves this Court for an entry of the following findings of fact, which are supported by the filings in this Court.

(a) Defendant Joseph Cutlip stated that Plaintiff David Copeland-Jackson engaged in sexual acts of a homosexual nature with the defendant and Joshua Helms

(b) The plaintiff denied having sexual contact with the defendant and Joshua Helms.

(c) The defendant admits in several affidavits and in all of his filings before this Court that he lied when he stated that the plaintiff engaged in the homosexual acts with the defendant and Joshua Helms

(d) The defendant states that he and Joshua Helms agreed among themselves to lie on the plaintiff.

(e) The defendant states that he and Joshua Helms exploited the racial climate against the plaintiff in order to enhance the credibility of the lie.

(f) The defendant admits to repeatedly broadcasting this lie, and to telling Peter Brandel on May 8, 2007 and informing Barry Martin by letter in March of 2007. The defendant acknowledges previously telling this lie to Robert Renfroe and Paul Tracy.

(g) The defendant acted with malice and intent to harm the plaintiff and the plaintiff sustained damages to his reputation, social status, and career as a result of the defendant's conduct.

(h) The defendant is liable to the plaintiff for defamation, false light, civil fraud, and civil conspiracy.

(i) The defendant states that he is presently on parole.

(j) The defendant voluntarily waives statute of limitations, procedural technicalities, and any potential defenses and immunities.

(k) The defendant voluntarily waives his rights to appeal the findings and judgment of this Court.

Wherefore, the defendant has now agreed to a consent judgment and agreed to be liable to the plaintiff for defamation, civil fraud, false light, and civil conspiracy, and has agreed to pay the damages requested together with interest and the costs incurred. All of

plaintiff's claims against the defendant are therefore settled and contemplated by the consent judgment.

    Plaintiff moves this Court to enter the consent judgment on all of plaintiff's claims for the damages requested and enter the foregoing findings of facts without delay and further proceedings in this Court.

Respectfully Submitted

David Copeland-Jackson
Plaintiff

### Proof of Service

I, David Copeland-Jackson, do hereby certify that a true copy of this Acceptance of Offer of Judgment and motion was sent by ordinary mail with postage pre-paid to Joseph Cutlip at 273 Lee Avenue, Ashland, Ohio 44805 on this 6 day of August 2007.

David Copeland-Jackson