RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 AUG -6  AM 11: 50

NANCY M.
MAYER-WHITTINGTON
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Copeland-Jackson,

    Plaintiff,

v.                            Case Number: 07-1124(ESH)

Joseph P. Cutlip,

    Defendant.

        <u>Defendant's Consent to Judgment and Damages</u>

    I have received the Court's order about the hearing on August 16, 2007. I waive my attendance at the hearing. I now offer this statement as a motion to be considered by the court.

    I admit telling Robert Renfroe and Paul Tracy that Mr. Jackson had performed oral sex on me and Joshua Helms. Before this, Josh and I had agreed to do this. I lied. We both lied. We purposely did it and were being mean. Also, I did tell Peter Brandel that Mr. Jackson had sex with me and Josh, and I wrote the letter to Barry Martin telling him that Mr. Jackson had had sex with Josh and me. I did sign three different statements admitting that I lied.

    Mr. Jackson did not have any kind of sex with me in any place or at any time, and I did not participate in/with nor witness Joshua Helms having sex with Mr. Jackson.

    I just don't know why I did any of it. I told a whole lot of people and I don't really know the number so that's how it got out, I guess.

    Me and Josh played up Mr. Jackson's race to get folks to listen to us and believe us. That part was easy in our community.

    I know Mr. Jackson was kicked out of seminary. I know he lost his job at the university. I know he had all kinds of troubles and he was put in the newspapers and stuff. I know the community hated him and was unemployed and homeless and he had to move away. I know he lost his recent business opportunity with Mr. Brandel and his house

1

investment deals with Mr. Martin. So, I can see how his name and career and stuff suffered for my wrongs done to him. He's got three kids and his family have suffered to.

    I don't fight the suit for defamation, false light, civil fraud, and civil conspiracy. I don't want this whole thing on my conscious anymore. So, that's why I fully waive any procedural issues and voluntarily waive any kind of immunity or defense that I have or would keep the court from settling this whole thing once and for all, and making Mr. Jackson whole. I submit to the jurisdiction of the court and waive any statues of limitations. I also fully waive any appeal rights. I consent to judgment on the plaintiff's claims and terms and I agree to pay the costs incurred and the damages demanded with the interest.

    Mr. Jackson has told this court that he will give me consideration in how he enforces the judgment. That's all I can ask for. He's an honorable person. I won't contest his damages request. I'm on parole right now and I don't want any more legal troubles. I'm trying to change my life. I'm learning to be accountable and take responsibility for what I do. And I know if somebody did to me what I did to Mr. Jackson, I'd probably want more.

    I just don't want the court and Mr. Jackson to forget to hold Josh accountable to.

*Joseph Cutlip*
Joseph Paul Cutlip
Defendant

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2007.

*Joseph Cutlip*
Joseph Cutlip
Defendant

Proof of Service
I sent a true copy of this motion to the plaintiff on August 3, 2007

*Joseph Cutlip*
Joseph Cutlip
Defendant