UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAVID COPELAND-JACKSON,            )
                                   )
           Plaintiff,              )
                                   )
     v.                            )   Civil Action No. 07-01124 (ESH)
                                   )
JOSEPH P. CUTLIP,                  )
                                   )
           Defendant.              )
_____)

## JUDGMENT

Default was entered in this case by the Clerk of Court on July 26, 2007. Since that time, plaintiff has moved to amend his complaint for defamation [Dkt. 15] to add claims for fraud, civil conspiracy, and false light. In addition, defendant has filed a "Statement about Defaults" [Dkt. 16] admitting that he lied about the plaintiff, agreeing to plaintiff's request to amend the complaint, and indicating that he did not intend to "fight[] the lawsuit."

In response, on August 2, 2007, the Court set this matter down for an evidentiary hearing on the issue of damages. Following this Order, defendant filed a "Consent to Judgment and Damages" [Dkt. 19], which has been accepted by plaintiff [Dkt. 18]. In his consent, defendant again admits liability, waives the right to be present at a hearing, submits to the Court's jurisdiction, and "consent[s] to judgment on the plaintiff's claims and terms and . . . agree[s] to pay the costs incurred and the damages demanded with the interest."

Given defendant's consent to judgment and to damages, which plaintiff has accepted, the Court enters judgment pursuant to Fed. R. Civ. P. 68 in the amount of three million dollars

($3,000,000.00), plus post judgment interest, for defamation, false light, civil conspiracy, and fraud. It is further ordered that the hearing now set for August 16, 2007, is vacated and all pending motions are denied as moot.[1]

*Ellen S Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 8, 2007

---

[1] Contrary to plaintiff's request, the Court does not make findings of fact where there is a default and judgment entered under Rule 68.