UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAVID COPELAND-JACKSON, )
)
Plaintiff, )
)
v. )  Civil Action No. 07-01124 (ESH)
)
JOSEPH P. CUTLIP, )
)
Defendant. )
)

## ORDER

Based on the information attached hereto, which was received by the Court this date from Ramona Rogers, prosecuting attorney for Ashland County, Ohio, it is hereby

**ORDERED** that the Court's judgment of August 8, 2007, is **VACATED**; and it is

**FURTHER ORDERED** that a hearing is set for August 16, 2007, at 2:00 p.m. At this hearing, plaintiff shall be required to produce Peter Brandel to testify under oath as to whether he served defendant with process in this case as reflected in the affidavit of service dated June 29, 2007. Should plaintiff fail to produce competent evidence of service of process or fail to appear at this hearing, the above-captioned case will be dismissed with prejudice.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 9, 2007

# Ramona Francesconi Rogers
## ASHLAND COUNTY PROSECUTING ATTORNEY

307 ORANGE STREET • ASHLAND, OHIO 44805 • 419.289.8857 • FAX: 419.281.3865

We The People

August 9, 2007

Sarah Citrin
Clerk, Judge Ellen S. Huvelle
United States District Court
Chambers of Ellen Segal Huvelle
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: David Copeland-Jackson v. Joseph P. Cutlip
    Case No. 1:07-CV-01124-ESH

Dear Ms. Citrin;

    I am enclosing a copy of an affidavit which contains information that, as an officer of the courts, I feel obligated to forward to the court regarding the above captioned case.

Sincerely,

Ramona Francesconi Rogers
Prosecuting Attorney

# AFFIDAVIT

STATE OF OHIO            )
                         (
COUNTY OF ASHLAND        )

Now comes Geoff Thomas, who being first duly sworn, avers that:

1. I am a Detective Lieutenant with the Ashland Police Department, 1211 East Main Street, Ashland, Ohio 44805;
2. The Ashland Police Department was the investigating agency in the criminal case encaptioned State of Ohio v. David Copeland-Jackson, Case No. 00-CRI-07904, filed in Ashland County Common Pleas Court;
3. In State v. David Copeland-Jackson, the Defendant, David Copeland-Jackson, was convicted of two counts of Gross Sexual Imposition, each a felony of the third degree. Copeland-Jackson was sentenced to two consecutive 18 month terms in prison for those offenses;
4. Joseph Cutlip was one of the victims of Copeland-Jackson's Gross Sexual Imposition.
5. As a result of an affidavit obtained from Mansfield Municipal Court, Small Claims Division, Case No. 07-CVI-1462 I began investigating whether Joseph Cutlip was recanting the facts he alleged which resulted in the criminal convictions of David Copeland-Jackson;
6. Joseph Cutlip, consistently denies ever recanting any of the allegations of sexual assault he's made against David Copeland-Jackson;
7. Joseph Cutlip denies ever seeing attached exhibits 1, 2 and 3 before they were shown to him by Ashland County law enforcement;
8. Joseph Cutlip denies he ever received service of the Complaint in the case of David Copeland-Jackson v. Joseph P. Cutlip, Case No. 1:07CIV-01124-ESH, U.S. District Court, District of Columbia (Washington, DC), from Peter Brandel or anyone else;
9. I interviewed Peter Brandel on August 6, 2007;
10. On August 6, 2007, Peter Brandel repeatedly denied knowledge of any lawsuits filed against Joseph Cutlip, other than Mansfield Municipal Court Case No. 07-CVI-1462 encaptioned Peter Brandel v. Joseph Cutlip;
11. On August 6, 2007, Peter Brandel stated that Mansfield Municipal Court Case No. 07-CIV-1462 is the only court case he ever talked to Joseph Cutlip about and the only case he is aware of in connection with Cutlip;
12. Peter Brandel told me that he and David Copeland-Jackson are friends and their friendship commenced when Brandel visited Copeland-Jackson while Copeland-Jackson was in prison and continued while Copeland-Jackson was confined to a halfway house in Mansfield, Ohio;
13. Peter Brandel stated that he believes David Copeland-Jackson was "screwed over by the system" and, referencing Joseph Cutlip, Brandel stated that he was "going to nail that bastard".

Further Affidavit Sayeth Naught,

_____
Lt. Geoff Thomas

SWORN to and subscribed me by Lt. Geoff Thomas this 9th day of August, 2007.

_____
Notary Public   Adele J. Lifer
my commission
expires 6/26/2010