## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

David Copeland-Jackson,
       Plaintiff,

v.                                     Case Number: 1:07-cv-01124 ESH

Joseph P. Cutlip,
       Defendant.

### Notice of Filing of the Statement by Joseph Zarek

Plaintiff gives notice of the filing of the attached notarized opinion of Mr. Joseph Zarek, of the Advanced Forensic Handwriting Services at 5201 Pole Rd, Alexandria, VA 22309. Mr. Zarek is a certified document examiner and handwriting expert.

Mr. Zarek analyzed the documents filed in this case with the defendant's signature, and states that the signatures are consistent as having come from the same person.

Respectfully Submitted

David Copeland-Jackson
Plaintiff

### Proof of Service

I, David Copeland-Jackson, do hereby certify that a true copy of this Acceptance of Offer of Judgment and motion was sent by ordinary mail with postage pre-paid to Joseph Cutlip at 273 Lee Avenue, Ashland, Ohio 44805 on this 16 day of August 2007.

David Copeland-Jackson

**RECEIVED**

AUG 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

# Advanced Forensic Handwriting Services

http://www.forensichandwritingservices.com
5201 Pole Rd
Alexandria, VA 22309
TEL: (703) 772-9133 FAX: (866) 974-8489



**Joseph Zarek, CDE, HE**
joseph.zarek@gmail.com

# AFFIDAVIT

**Client: DAVID JACKSON**
**Case: 268-07**
**Opinion: STRONG PROBABILITY/DID**
**Date: *15 AUGUST 2007***

Mr. David Jackson requested that I examine five (5) Known Exemplars, herein identified as "K1 through K5," with JOSEPH CUTLIP's signatures on them, to determine if the writer may be identified, or eliminated as the author of all documents examined, on this 15th Day, August 2007.

The handwriting of JOSEPH CUTLIP, appearing on "K1 through K5", is consistently matched with great success with all handwriting examined and compared on "K1 through K5".

The facts, not my opinion, show that JOSEPH CUTLIP is the author of "K1 through K5." Twenty-four (24) similarities, and zero (0) dissimilarities were found during this comparison examination. Identifying an author requires as many existing similarities to be located, while finding only one (1) dissimilarity can be enough to eliminate an individual as an author. Additional similarities or dissimilarities will further strengthen findings.

Based upon a thorough analysis of these items, and from an application of accepted forensic document examination tools, principles and techniques, it is my professional qualified expert opinion the author IS the same. Evidence indicates it is highly probable that all documents are genuine, and signed in the same hand, as examined and compared on this 15th Day, August 2007.

I am willing to testify to this fact in a court of law and I will provide evidence to support the facts.

Respectfully submitted,

JOSEPH ZAREK, CDE, HE

SWORN BEFORE ME on this 16th Day of AUGUST, 2007
Joseph Zarek did appear before me.

STATE OF VIRGINIA                          §
                                           §
                                           §
COUNTY OF FAIRFAX                          §

Notary Public – State of Virginia

# In the Municipal Court of Mansfield, Ohio
## Small Claims Division

Peter Brandel,
     Plaintiff,

v.                                                    Case Number: 2007 CVI 01462

Joseph P. Cutlip,
     Defendant.

### *Motion to Dismiss*

     Defendant moves this Court to dismiss this case, pursuant to the attached affidavit.

Joseph P. Cutlip
Defendant

### Certificate of Service

I, Joseph Cutlip, do hereby certify that a true copy of this motion was personally delivered to the plaintiff on this _____ day of May, 2007.

Joseph Cutlip
Defendant

# K-1

Further, Affiant sayeth nought.

_Joseph P. Cutlip_
Joseph P. Cutlip

_5-8-07_                    _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_
Date                         Social Security

Sworn to and Subscribed in My Presence on this _8th_ day of _May 2007_,
2007.

_Charlotte McNault_
Notary Public

Charlotte S. McNaull
Notary Public, State of Ohio
My Commission Expires _4/3/2012_

K-2

Further, Affiant sayeth nought.

_____
Joseph P. Cutlip

_5-8-07_                    _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_
Date                         Social Security

Sworn to and Subscribed in My Presence on this _8ᵗʰ_ day of _May, 2007_,
2007.

_____
Notary Public

Charlotte S. McNaull
Notary Public, State of Ohio
My Commission Expires _4/3/2012_

K-2

Further, Affiant sayeth nought.

_Joseph P. Cutlip_
Joseph P. Cutlip

_5-8-07_          _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_
Date                    Social Security

Sworn to and Subscribed in My Presence on this _8th_ day of _May 2007_,
2007.

_Charlotte M Naull_
Notary Public

Charlotte S. McNaull
Notary Public, State of Ohio
My Commission Expires _4/3/2012_

K-3

kept telling me what to say and what to do. I got really confused eventually.

I know the plaintiff lost his job and was kicked out of seminary and the community turned against him because of his picture and everything in the newspapers and on the radio because of the lie I told. I felt bad about it. Now, I'm trying to make it right. I agree to the plaintiff's request to also file fraud, false light, and conspiracy. I waive all immunities and any other technical privileges that would keep this court from deciding everything so that me and the plaintiff can finally settle this issue once and for all. This should show the court and the plaintiff that I'm trying to do what's right. That's why I'm not fighting the lawsuit. The only thing is I don't think its fair for the plaintiff to get me for the amount of money he wants and the plaintiff is not punishing Josh Helms when we both decided to lie on the plaintiff together so people would believe us both over some black man. And, one time Josh even called the plaintiff a niger, but the plaintiff is only suing me. That's not fair.

The court should see that I made a mistake and the rules will let this court put aside the defaults because of a mistake. The court should then decide this case and include Josh, also not let the plaintiff win so much.

Joseph P. Cutlip
Joseph P. Cutlip
Defendant

Service
I sent a copy of the motion to the plaintiff on July 27, 2007

Joseph Cutlip
Joseph Cutlip
Defendant

K-4

2

investment deals with Mr. Martin. So, I can see how his
name and career and stuff suffered for my wrongs done to
him. He's got three kids and his family have suffered to.

I don't fight the suit for defamation, false light,
civil fraud, and civil conspiracy. I don't want this whole
thing on my conscious anymore. So, that's why I fully waive
any procedural issues and voluntarily waive any kind of
immunity or defense that I have or would keep the court
from settling this whole thing once and for all, and making
Mr. Jackson whole. I submit to the jurisdiction of the
court and waive any statues of limitations. I also fully
waive any appeal rights. I consent to judgment on the
plaintiff's claims and terms and I agree to pay the costs
incurred and the damages demanded with the interest.

Mr. Jackson has told this court that he will give me
consideration in how he enforces the judgment. That's all I
can ask for. He's an honorable person. I won't contest his
damages request. I'm on parole right now and I don't want
any more legal troubles. I'm trying to change my life. I'm
learning to be accountable and take responsibility for what
I do. And I know if somebody did to me what I did to Mr.
Jackson, I'd probally want more.

I just don't want the court and Mr. Jackson to forget
to hold Josh accountable to.

Joseph Paul Cutlip
Defendant

I declare (or certify, verify, or state) under penalty of
perjury that the foregoing is true and correct.

Executed on August 3, 2007.

Joseph Cutlip
Defendant

Proof of Service
I sent a true copy of this motion to the plaintiff on
August 3, 2007

K-5

Joseph Cutlip
Defendant

2



# *Joseph Zarek, CDE, HE*
5201 Pole Rd
Alexandria, VA 22309
Phone: (703) 772-9133   Fax: (866) 974-8489
http://www.forensichandwritingservices.com/
joseph.zarek@gmail.com

Forensic Document Examiner and Handwriting Expert with 20 extensive years of experience in cryptology, Special, Operations Security, and All-Source Intelligence who brings peace of mind to individuals and organizations regarding matters concerning questioned documents and handwriting.

## *Forensic Examination Provided For:*

Disputed documents or signatures, including wills, checks, contracts, deeds, account ledgers, medical records, and autograph authentication.

## *Education*

Currently pursuing a Criminal Justice Degree, General and Advanced Forensic Investigator Certificates offered through NVCC Annandale, and a Forensic Psychology Degree offered Marymount University.

## *Training and Apprenticeship*

Forensic Psychology, Criminal Behavior, Forensic Photography, Cyberfraud, Principles of Criminal Investigation,  Terrorism and Counter/Terrorism, HAZMAT/WMD/Terrorism, Cold Case Investigations, Preliminary Investigations and Collecting Evidence Unit of LETS Certificate, Computer Forensics, 2007
Trace Evidence, Survey of Criminology, Survey of Criminal Justice, 2006
American Institute of Applied Science (AIAS) for Questioned Document Examination, 2005
Naval Criminal Investigative Service (NCIS) Security Manager Course, 2005
Alcohol and Drug Abuse Managers/Supervisor (ADAMS) Facilitator Course, Drug and Alcohol Program Management Activity (DAPMA), Norfolk, VA, 2005
Special Security Officer Course, 1997, NCTAMS WESTPAC Guam
Shipboard Intelligence Officer Course, Fleet Intelligence Training Center, Pacific (FITCPAC), San Diego, CA, 1990
Intelligence Photographer Course, Fleet Intelligence Training Center, Pacific (FITCPAC), San Diego, CA, 1990
Cryptologic Technician Administrative "A" School, NTTC Corry Station, Pensacola, FL, 1986

Apprenticeship training under Mr. Robert Baier, Mr. Don Lehew, Mrs. Katherine Koppenhaver, Mr. Reed Hayes (2003-2006) Combined 116 years of document examining experience.

- Zarek CV Page 2 -

## Specific Areas of Training:

Handwriting Identification and Discrimination
Signature Comparison
Techniques for Distinguishing Forged Signatures
Disguised Handwriting
Altered Numbers
Anonymous Writing
Laboratory Procedures
Ethics in Business and the Legal System

## Laboratory Equipment used for examination:

- Numerous measuring devices and grids
- Variety of magnification equipment
    - Hand held magnifiers
    - Magnifying portable lamp
    - Bausch and Lomb Stereo Microscope 7X – 30X
    - Trinocular Stereo Zoom Microscope With Boom Stand - SZSTL2
      7X – 45X
- Magnifying Camera OC 185
- Testrite CS-2 Copy Stand with Lights
- Kodak Z740 Digital Camera
- Polaroid Digital Camera Equipment
- Special Lighting
- Boreal Laboratories Light Filters
- Porta-Trace Light Box, Gagne, INC.
- LDP LLC UV light
- HP Officejet 7310 All-in-One (fax/Scanner/Copier/Printer)
- COMPAX Presario SR122ONX Computer
- HP Pavilion 15-inch Monitor
- Toshiba Satellite A 105 - S4334 System Unit, 17-inch monitor
- CEDAR FOX – U.S. Government Recognized Questioned Document Analysis Program

## Library

- The Business of Document Examination Second Edition by Katherine Koppenhaver
- Crime and Penmanship by Ted Widmer
- Forensic Handwriting Identification: Fundamental Concepts and Principles
  by Ron Morris
- Handwriting Identification: Facts and Fundamentals by Roy A Huber
- Hidden Evidence by David Owen
- Pen, Ink and Evidence by Joe Nickell
- Handwriting Identification: Facts and Fundamentals by Roy A Huber
- Hidden Evidence by David Owen
- Pen, Ink and Evidence by Joe Nickell
- The Printer by Ted Widmer
- Questioned Documents Second Edition by Albert S Osborn
- Suspect Documents: Their Scientific Examination by Wilson R Harrison
- Forensic Handwriting Examination by Reed Hayes
- Trace Evidence Analysis by Max M. Houck
- Criminology Theories, Patterns, and Typologies by Larry J. Siegel
- Criminal Justice in Action by Larry K. Gaines, Roger LeRoy Miller

### Library(continued)

- Danger Between the Lines, by Kimon S. Iannetta, James F. Craine, PhD., Dennis McLaughlin, PhD.
- The Counterterrorism Handbook; Tactics, Procedures, and Techniques, by Frank Bolez, Jr., Kenneth J. Dudonis, and David P. Schulz
- Criminal Investigation, by Wayne W. Bennett and Karen M. Hess
- Online access to professional articles, books, documents, papers and publications
- Over 800 peer reviewed journal articles relating to document examination and handwriting available for reference.
- The QDE INDEX by Mr. Marcel B. Matley (2006). This is an index of periodical articles covering the topics of Forensic Document Examination, Handwriting Expertise and Expert Testimony over the past 100+ years. The index is updated annually and consists of more than 3,000 journal citations.

## Conferences Attended

*Professional Speakers 4-day Seminar, Los Angeles. CA; October 9-12 2006*
School of Forensic Document Examination Conference: Dallas, TX; October 13-15 2006
School of Forensic Document Examination Conference: Dallas, TX; October 14-16 2005
International Handwriting Symposium, Washington, DC; July 15-17 2003

## Lectures Presented

10 Identified Red Flags to CHAI. June 30, 2007
Identity Theft, Cryptologic and Intelligence personnel onboard USS SAN JACINTO, Jan 11, 2006
OPSEC; monthly presentation to new personnel onboard USS SAN JACINTO, 2004-2006
Alcohol and Drug Awareness for Supervisors, Drug and Alcohol Program Management Activity (DAPMA), Norfolk, VA, May, 2005

## Honors & Awards

Iraq Campaign Ribbon, 2006
Global War On Terrorism, Expeditionary Medal, 2006
Global War On Terrorism, Service Medal, 2006
Good Conduct Medal, 2006, 2003, 2000, 1997, 1990
National Defense Service Medal, 2006, 1990
Joint Service Achievement Medal, 2001
Navy/Marine Corps Achievement Medal, 2000
Air Force Achievement Medal, 2000
Expert Pistol Shot Medal, 1992
Southwest Asia Service Medal, 1991
Humanitarian Medal, 1997, 1991
Kuwait Liberation Medal, 1991
Congressional Recognition Award, 1985

## Professional Affiliations

Coalition of Handwriting Analysts, International (CHAI)