UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 AUG 30 PM 4:17

NANCY M.
MAYER-WHITTINGTON
CLERK

David Copeland-Jackson,

    Plaintiff,

v.                                Case Number: 1:07-cv-01124 ESH

Joseph P. Cutlip,

    Defendant.

### *Notice of Filing of Partial Transcript of the August 16, 2007 Hearing*

Plaintiff gives notice that he has filed with this notice the relevant portions of the transcript of the August 16th hearing as to the service of the summons and complaint on the defendant.

Plaintiff filed the cover page along with pages 6, 24-30, 32 and 40, which are attached to this notice.

                                                Respectfully Submitted

                                                David Copeland-Jackson
                                                Plaintiff

### Certificate of Service

I hereby certify that a true copy of this response was sent by ordinary mail with postage prepaid to Joseph Cutlip at 273 Lee Avenue, Ashland, Ohio 44805 on this 29 day of August, 2007.

                                                David Copeland-Jackson
                                                Plaintiff

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 AUG 30 PM 4 17

NANCY M.
MAYER-WHITTINGTON
CLERK

```
                         UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
-----------------------------X

DAVID COPELAND-JACKSON,          Civil Action No. 07-1124

         Plaintiff

    v.

JOSEPH P. CUTLIP,

         Defendant,
-----------------------------X          Washington, D.C.
                                        Thursday, August 16, 2007
                                        2:15 P.M.


                         TRANSCRIPT OF HEARING
              BEFORE THE HONORABLE ELLEN SEGAL HUVELLE
                    UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:       DAVID COPELAND-JACKSON, Pro Se
                         2542 Naylor Road, S.E.
                            Apt. 201
                         Washington, D.C.  20020
                         (202) 460-2562




Court Reporter:          Lisa Walker Griffith, RPR
                         U.S. District Courthouse
                         Room 6507
                         Washington, D.C.  20001
                         (202) 354-3247


Proceedings recorded by mechanical stenography,
transcript produced by computer.
```

1          MR. COPELAND:  Yes, Your Honor.

2          I have had both, all of Mr. Cutlip's
signatures before this Court examined.  Today, I filed
that affidavit from the examiner, that they are in
fact his signatures.

6          THE COURT:  I have no doubt they are.  I
don't know how they got there.  But I have no doubt
they may well be.

9          MR. COPELAND-JACKSON:  Yes, Judge.

10         I also am telling you and I'm telling this
Court that I have not participated in any fraud.  I
have not brought any false allegations or false
affidavits before Your Honor or attempted to somehow
cause a fraud or some sort of sham.  That is not the
case here, Judge.

16         THE COURT:  Fine.  I would suggest that if
Mr. Brandel has come all this way, and if in any way
he has filed a false affidavit with the Court
regarding service of process, he is putting himself in
jail.  And therefore, unless you are going to get your
proof of service of process here, I am not going to
let this go forward.

23         MR. COPELAND-JACKSON:  Judge, I do have the
proof of process here.  And Mr. Brandel is here to
testify as to the facts behind it.  Today, he filed an

1  it, they made me do it."

2         I said who?  And he wouldn't answer me.
3  Then, he said that that didn't happen.

4         THE COURT:  I asked you about service of
5  process.

6         THE WITNESS:  Yes.

7         It was the third time or fourth time, Your
8  Honor, that I had seen him.  And my wife was with me
9  at the time.  And I knocked on the door.  His mother
10 answered the door.  His father I believe was in the
11 garden working in the garden at the time. She said he
12 will be out in a few minutes.

13        He came out.  I remember he didn't have any
14 shoes on again.  But he had a t-shirt and bluejeans.
15 We talked for about 10 or 15 minutes.  That's when he
16 was in the back of the truck, I was showing my cotton
17 products, the oils and the lubricants.  In fact, I
18 asked him if he wanted to work for me because I
19 thought well, maybe he will, you know.  I actually
20 have helped guys.

21        I'm on the Richland County Correctional
22 Institute, on the advisory committee there.  I work
23 with inmates trying to get them jobs with other
24 contractors and myself if I feel that they're, they're
25 going to go straight.

1          I don't know that because I can't read a
2   person's heart or I can't look in their eyes and say
3   hey, I think this guy is a 100 percent, but I try to
4   help guys out.  I don't know if I'm making any sense
5   here.
6          THE COURT:  I asked you about service of
7   process.
8          THE WITNESS:  So I asked him if he wanted to
9   work for me.  He said, That would be an insult to my
10  mother because she sells Amway, or something like
11  that.  I said well this has nothing to do with Amway.
12  So he didn't take the job, but I give him the
13  envelope.  I said this is the service for Mr. Jackson.
14         THE COURT:  What date?
15         THE WITNESS:  Sorry?
16         THE COURT:  What was the date and time of
17  this?
18         THE WITNESS:  It was some time in the
19  afternoon, I don't remember exactly what hour it was.
20  And it was some time in June, I forget the exact date,
21  late May or June.
22         THE COURT:  Late May?
23         Well, do you need something to help refresh
24  your recollection?
25         THE WITNESS:  Yeah, the prosecutor showed me

Case 1:07-cv-01124-ESH    Document 26    Filed 08/30/2007    Page 6 of 12

26


1    that.  I have a problem with dates, Your Honor.

2            THE COURT:  What prosecutor showed you what?

3            THE WITNESS:  Of Ashland County.  He showed

4    me that, the date on it, I have not looked at it, I

5    haven't reviewed the records.  I don't know exactly

6    what date it was.

7            THE COURT:  Who came, was it a female who

8    came to you, the prosecutor?

9            THE WITNESS:  Yes, ma'am.

10           THE COURT:  That woman, do you know her name?

11           THE WITNESS:  I don't recall, I'm sorry.

12           THE COURT:  Ramona Rogers, perhaps?

13           THE WITNESS:  Perhaps.

14           THE COURT:  Do you think she came to see you

15   in person?

16           THE WITNESS:  Yes, she did.

17           THE COURT:  Did you not tell her that you had

18   not served Mr. Cutlip?

19           THE WITNESS:  No, I did not tell her that.

20           THE COURT:  I see.  So it is your testimony

21   you visited this man at least three times?  It is your

22   testimony that you visited Mr. Cutlip at least three

23   times at his home?

24           THE WITNESS:  Yes, it is.

25           THE COURT:  One of the times is when he said

1  he lied about the plaintiff, right?

2  THE WITNESS: That's right. That was the
3  first time.

4  THE COURT: Right. But he didn't make any
5  statements to you there to say that the plaintiff had
6  molested him; wasn't that right?

7  THE WITNESS: He said the plaintiff did not
8  molest him.

9  THE COURT: So he didn't say anything
10 defamatory to you on May 8. Do you understand what
11 that means?

12 THE WITNESS: Well, yes, I do. He did admit
13 to taking my tools.

14 THE COURT: That doesn't have to do with
15 anything that I'm concerned about. You then went
16 after him for that, didn't you?

17 THE WITNESS: Yes, I did.

18 THE COURT: You filed suit against him for
19 that.

20 THE WITNESS: Yes.

21 THE COURT: But my point is, on May 8 or any
22 other time, Mr. Cutlip did not say anything defamatory
23 about Mr. Copeland-Jackson to you?

24 THE WITNESS: In the beginning he did.

25 THE COURT: When was that?

1              THE WITNESS:  That was the first time I met
2   him.
3              THE COURT:  How long ago was that?
4              THE WITNESS:  I think it was March, April of
5   this year.
6              THE COURT:  You visited him then, too?  Did
7   you visit Mr. Cutlip back in March or April of this
8   year?
9              THE WITNESS:  Yes, ma'am, I did.
10             THE COURT:  At that point, he said that he
11  was molested.
12             THE WITNESS:  In the beginning he said he
13  was.
14             THE COURT:  Why did you keep going back?  Why
15  did you keep on bringing this --
16             THE WITNESS:  I wanted to get my $3,000 worth
17  of tools that he stole.  They are antique tools.  They
18  were very valuable to me.  I didn't even recognize
19  that they were stolen until some time later.
20             THE COURT:  Did you get back the tools?
21             THE WITNESS:  No.
22             THE COURT:  I see.
23             THE WITNESS:  He wouldn't tell me what
24  happened to them.  I asked him.
25             THE COURT:  What happened to your lawsuit out

```
 1  there in Mansfield County against him?
 2          THE WITNESS:  I finally dismissed it because
 3  it was a lost cause.  He wouldn't pay me the money he
 4  promised me.  I didn't have the money to pay the
 5  Appeals Court.  That was the reason.  It was a lost
 6  cause.
 7          THE COURT:  Did you have him sign some papers
 8  in front of a notary?
 9          THE WITNESS:  Yes, ma'am, I did.
10          THE COURT:  Did you have Mr. Cutlip sign some
11  papers?
12          THE WITNESS:  Yes, ma'am.
13          THE COURT:  What did you do with those
14  papers, where are they now?
15          THE WITNESS:  I believe I got a copy and I
16  sent one copy to the court in Mansfield, Ohio, on the
17  original complaint.  And then, I think Mr. Jackson got
18  a copy.
19          THE COURT:  The plaintiff got a copy of the
20  papers that were signed in your Mansfield suit over
21  the tools; is that right?
22          THE WITNESS:  Right in front of the notary.
23  When the notary notarized it in Ashland County, he got
24  a copy.
25          THE COURT:  Who is he?
```

1       THE WITNESS: Cutlip.

2       THE COURT: But you also sent a copy to

3  Mr. Copeland-Jackson of the papers that were executed

4  by Mr. Cutlip in Mansfield County?

5       THE WITNESS: Yes, I did.

6       THE COURT: All right. So, it is your

7  testimony, Sir, that on a date you can't remember, you

8  did serve Mr. Cutlip with the papers that are the suit

9  papers in this case, not your case, but this case?

10      THE WITNESS: Okay. This is the problem I'm

11 having when the investigator came up here, talking

12 about the case. They talked about my case for a good

13 hour and the tools. Then they said do you realize

14 that a Mr. Cutlip has another lawsuit against, or

15 another case. They didn't say lawsuit, they said

16 another case against him. I thought he was talking

17 about a criminal case. That's one thing they didn't

18 make clear to me.

19      When they came out there, they said we're

20 with the police department. I thought they were with

21 the Mansfield Police Department. They didn't tell me

22 they were the prosecutor and the chief of police over

23 in Ashland County, they didn't tell me that.

24      Their demeanor was very intimidating. So, I

25 didn't know what, my attitude at the time was what's

1 Mr. Cutlip.

2          THE COURT:  Is that the lawsuit that is
3 pending in this Court now?

4          THE WITNESS:  That's my understanding, Your
5 Honor.

6          THE COURT:  You didn't look and see what you
7 were serving?  You didn't look at the papers that you
8 were handing him?

9          THE WITNESS:  I looked at it.  It was the
10 lawsuit that Mr. Jackson had against Cutlip.

11         THE COURT:  It is your testimony that you
12 served that complaint?

13         THE WITNESS:  Yes.

14         THE COURT:  But you don't recall when?

15         THE WITNESS:  No, I really don't.

16         THE COURT:  How many times have you served
17 Mr. Cutlip with any kind of legal papers?

18         THE WITNESS:  Twice, if not three times.  It
19 was an affidavit and the lawsuit that I had against
20 him, and the lawsuit that Mr. Jackson had against.

21         THE COURT:  What was the affidavit about?  I
22 don't understand that.  What affidavit?

23         THE WITNESS:  The original affidavit, Your
24 Honor, that he signed the second time I met him when
25 he went to the notary.

1  A  Yes, I believe it was June 26.

2  Q  On June 26, did you at any time mention your job

3  responsibilities to me?

4  A  Yes.

5  Q  Can you tell the Court what your schedule was like

6  or what you told me your schedule was like on

7  June 26th?

8  A  One thing that I wanted to do was, I had a couple

9  of appointments over in Ashland. I sold the Tuckers

10  Auto Salvage over there. I believe I enrolled them on

11  that day with Conklin products.

12  Q  Can you just summarize it, Mr. Brandel, what you

13  did during that day or what you told me?

14  A  I also served, I believe -- on the 26th?

15  Q  The 26th, Sir.

16  A  I served Cutlip that service. That's the day that

17  my wife and I went up to his house.

18  Q  Mr. Brandel --

19  A  It was either that day or the day before. I can't

20  remember exactly June 26 in my mind. I have dyslexia

21  and I get dates mixed up, I get the "P"s and other

22  letters. I'm surprised I got out of school.

23  Q  But you are certain that you did serve the

24  document, first, you are saying you did make the

25  service?