UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Copeland-Jackson,
    Plaintiff,

v.                                  Case Number: 1:07-cv-01124 ESH

Joseph P. Cutlip,
    Defendant.

### *Notice of Appeal*

Plaintiff gives notice that he appeals the oral order entered on August 16, 2007 to the United States Court of Appeals for the District of Columbia Circuit. The oral order closed the case between the parties and was entered after the final judgment in this case was entered on August 8, 2007.

_____
David Copeland-Jackson
Plaintiff

Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Joseph Cutlip
273 Lee Avenue
Ashland, Ohio 44805

**RECEIVED**
SEP 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT