UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID COPELAND-JACKSON, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-01124 (ESH) |
| JOSEPH P. CUTLIP, ) | |
| Defendant. ) | |

## ORDER

Before the Court is plaintiff's Motion to Strike [Dkt. # 25]. As fully explained by the Court on the record at a hearing on August 16, 2007, this case has been administratively closed pending an investigation that is now being conducted, at the Court's request, by the Federal Bureau of Investigation. This investigation was requested to determine if a consent judgment against the defendant in this case was fraudulently procured by the plaintiff or his associates. Therefore, the Court is unwilling to strike any papers that have been filed with the Court, and no further pleadings are to be filed in this case.[1]

---

[1] It is also worth noting that plaintiff entered a nolo plea on June 16, 2000, to two counts of "gross sexual imposition" involving two teenagers, including the defendant herein, served three years in jail and is now under parole supervision in this jurisdiction. His conviction was affirmed by the Ohio State Court on March 26, 2001. *See State v. Copeland-Jackson*, No. 00COA01378, 2001 WL 310635, at *3 (Ohio Ct. App. Mar. 26, 2001). Copeland-Jackson's later attempts to withdraw his plea were also rejected by the Ohio courts. *See State v. Copeland-Jackson*, No. 02COA018, 2003 WL 855578, at *3 (Ohio Ct. App. Mar. 5, 2003).

In addition, any alleged defamatory remarks regarding these events by defendant, an Ohio resident, were made in Ohio in early May 2007. Given these facts, it is highly doubtful that plaintiff can state a valid claim of defamation or that this Court would have jurisdiction. However, during the pendency of the FBI's investigation, these matters need not and will not be addressed.

Accordingly, plaintiff's Motion to Strike is **DENIED**.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: September 13, 2007