UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Copeland-Jackson,
    Plaintiff,

v.                                       Case Number: 1:07-cv-01124 ESH

Joseph Cutlip,
    Defendant.

Notice

    Plaintiff gives notice that he has attempted to confirm the information presented to support his prima facie showing of jurisdiction of Plaintiff's claims in this Court. Plaintiff has been unable to confirm information offered to support jurisdiction. Plaintiff relied on the information given to him by these witnesses, whom validated the information to the plaintiff without truly ensuring its accuracy. The claim that the defendant has worked or has family in this area does not appear to be accurate and apparently arose from a name mix-up and reliance on an out-of-date background record from an online service. Plaintiff now withdraws such information. Plaintiff's presentation of this information without confirming it was unintentional mistake and done in good faith and without any intent to deceive the court or the parties, or to otherwise prevent a fair adjudication of the claims on the merits. Plaintiff must, therefore, rely on Mr. Brandel's information and the defendant's actions directed at the plaintiff while in this forum and the waiver of challenges to jurisdiction to support the court's ability to hear the case. In the alternative, Plaintiff request to transfer the case to the U.S. District Court for the Northern District of Ohio, in Cleveland, Ohio.

                                                        Respectfully Submitted

                                                        David Copeland-Jackson
                                                        Plaintiff

Certificate of Service

I certify that a true copy of this notice was sent by ordinary mail with postage prepaid to Joseph Cutlip at 273 Lee Avenue, Ashland, Ohio 44805 on this 24 day of September, 2007.

                                                        David Copeland-Jackson
                                                        Plaintiff

September 24, 2007

Judge Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

RE: 1:07-cv-01124

Dear Judge Huvelle:

    I wanted to write to you to inform you that I have tried to follow-up with your concerns regarding this case. You stated that you were initiating an investigation so as to determine if the consent judgment was improperly induced.
    I have also attempted to look into this. I requested feedback and additional information from people that assisted me in preparing for this case. I have not been able to secure some of the information that I need because folks are unavailable or have otherwise clammed up. Apparently, an inquest from the FBI has caused people to forget or to no longer stand by the information that they initially passed on to me. Some fear getting into trouble with the government because they were operating businesses without the appropriate bondings and licenses, as well as other concerns that I was not aware of before.
    I want you to know that I am not able to confirm that Mr. Cutlip has either worked or has family in this area. I must withdraw that information since it appears that it is inaccurate. This information was presented to establish that Mr. Cutlip had minimal contacts with this forum. I withdraw such information. I will make the appeals court of this without delay. Now, without this information, I must rely on Mr. Cutlip's appearances and acts directed at me while in this forum in order to support this court's jurisdiction. In the alternative, I request to transfer the case to the U.S. District Court in Cleveland, Ohio.
    I would like to file the attached notice, but your last order indicated that no other pleadings should be filed. This notice is important so as to make the parties and the court aware of this issue.
    Thank you so much for your time.

Respectfully,

David Copeland-Jackson

Cc: Clerk, U.S. District Court
    Clerk, D.C. Circuit
    Joseph Cutlip

[handwritten annotation: Let this be filed ESH 10/9/07]