# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7134**  **September Term 2007**

07cv01124

Filed On: March 27, 2008 [1108039]

David Copeland-Jackson,

    Appellant

    v.

Joseph P. Cutlip,

    Appellee

### ORDER

Upon consideration of appellant's motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:   /s/
       Nancy G. Dunn
       Deputy Clerk